**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

IN THE MATTER OF THE COMPLAINT )
AND PETITION OF DAVE VICKERS, )
AS OWNER OF THE M/V WAKESETTER ) Case No. CIV-17-302-KEW
FOR EXONERATION FROM OR )
LIMITATION OF LIABILITY )

### OPINION AND ORDER

This matter comes before the Court on Claimant's Motion in Limine (Docket Entry #68). Petitioner has not filed a response to the Motion within the time required by this Court's local rules. EDOK LCvR 7.1(d). As such is the case, the relief requested in the Motion is deemed confessed.

IT IS THEREFORE ORDERED that Claimant's Motion in Limine (Docket Entry #68) is hereby **GRANTED**. As a result, evidence will be excluded from the non-jury trial of this case pertaining to Claimant's past and current litigation and Claimant's conversations with Nancy Kimbrell.

IT IS SO ORDERED this 27th day of February, 2019.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE